**Opinion filed June 11, 2015**



# In The

# Eleventh Court of Appeals

_____

## No. 11-15-00113-CR

_____

## KIRSTEN T. LEWIS, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 118th District Court**
**Howard County, Texas**
**Trial Court Cause No. 14035**

## MEMORANDUM OPINION

Kirsten T. Lewis, Appellant, has filed a motion to dismiss her appeal. In the motion, Appellant requests that this court withdraw her notice of appeal and "dismiss this appeal." The motion is signed by both Appellant and her counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

June 11, 2015                                                                PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.